IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 05-00116-01-CR-W-HFS |
| | ) | |
| TYLER M. LEACH, | ) | |
| | ) | |
| Defendant. | ) | |

**MEMORANDUM TO COUNSEL**

To clarify a point in our conversation today about pre-sentence preparation, Government counsel asked confirmation that I would reject a request for defendant to be examined by a psychologist or similar expert. If deemed significant, counsel should file a motion. I am inclined, however, to doubt that pre-sentence discovery is available. If the Government wishes to offer an expert opinion based on review of the material already available I would consider such an opinion, which would probably be more effective if the expert was available for questioning.

        /s/ Howard F. Sachs
    HOWARD F. SACHS
    UNITED STATES DISTRICT JUDGE

March 10, 2008

Kansas City, Missouri